**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7805**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHARLES EMANUEL RASH, a/k/a Chaz, a/k/a Charlie,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:01-cr-00025-JPB-DJJ-1)

Submitted: December 15, 2009    Decided: December 22, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Emanuel Rash, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Emanuel Rash appeals the district court's order denying his motion for a reduction of sentence, which Rash styled as a petition for writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rash, No. 3:01-cr-00025-JPB-DJJ-1 (N.D.W. Va. Sept. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED